IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GERMAN LAGUNA MARTINEZ, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | |
| | § | No. 3:26-CV-1924-L-BW |
| WARDEN, EDEN DETENTION | § | |
| CENTER, et al., | § | |
| Respondents. | § | Referred to U.S. Magistrate Judge[1] |

## **ORDER OF TRANSFER**

Before the Court is Petitioner German Laguna Martinez's Petition for Writ of

Habeas Corpus under 28 U.S.C. § 2241 received on June 10, 2026.  (*See* Dkt. No. 1

("Pet.").)  Based on the relevant filings and applicable law, this habeas action is

**TRANSFERRED** to the San Angelo Division of the United States District Court for

the Northern District of Texas.

According to the Petition, Laguna Martinez is a non-citizen who alleges that

he has been in the country for 16 years but was taken into custody by Immigration

and Customs Enforcement ("ICE") officials on April 8, 2026, and detained since.

(Pet. at 2.)  He contends that he is entitled to release pending the resolution of

immigration proceedings and that his continued detention violates due process.

To entertain a § 2241 habeas petition, the Court must have jurisdiction over

the detainee or his custodian at the time the petition is filed.  *See Lee v. Wetzel*, 244

---

[1] This habeas case has been automatically referred to the undersigned magistrate judge for case management by Special Order 3-251.  (*See* Dkt. No. 4.)

F.3d 370, 373-74 (5th Cir. 2001).  Laguna Martinez alleges that he is detained at the Eden Detention Facility in Eden, Texas, a municipality in Concho County, which is located within the San Angelo Division of the Northern District of Texas.  *See* 28 U.S.C. § 124(a)(4).  Based on Laguna Martinez's allegation, the Northern District of Texas is the proper forum to entertain this habeas action.  *See Lee*, 244 F.3d at 373-74.

Although this Court may entertain the petition, it also has the discretion to transfer the action to any proper judicial district or division "[f]or the convenience of parties and witnesses, in the interest of justice."  28 U.S.C. § 1404(a).  A district court may transfer a case sua sponte and has broad discretion in determining the propriety of a transfer.  *See, e.g.*, *Mills v. Beech Aircraft Corp.*, 886 F.2d 758, 761 (5th Cir. 1989); *Balawajder v. Scott*, 160 F.3d 1066, 1067 (5th Cir. 1998).

Because Laguna Martinez is detained in Concho County, the San Angelo Division is the more appropriate forum for this case, and the interest of justice favors transfer to that Division.  Accordingly, the Court **TRANSFERS** this action to the San Angelo Division of the United States District Court for the Northern District of Texas under § 1404(a) and the authority granted by the Court's Miscellaneous Order No. 6 (Sept. 22, 1997).

**SO ORDERED** on June 15, 2026.

_____
BRIAN McKAY
UNITED STATES MAGISTRATE JUDGE